Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK MORGAN and JANET HOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLABY YOGURT COPANY, INC.<br><br>Defendant. | Case No.  CV-13-0296-CW<br><br>[PROPOSED] ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT<br><br>Complaint filed: January 22, 2013<br><br>Judge:  Hon. Claudia Wilken |

**ORDER**

The Court, having considered the stipulation of the Parties, and for good cause shown, orders as follows:

(1)   Plaintiffs shall have until May 22, 2013, to file their opposition to Defendant's Motion to Dismiss Plaintiffs' Original Complaint;

(2)   Defendant shall have until June 22, 2013, to file its reply.


IT IS SO ORDERED.

DATED:  4/12/2013

_____
THE HONORABLE CLAUDIA WILKEN