**JJENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
kmorrison@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendant
Wallaby Yogurt Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MORGAN and JANET HOOD, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>    vs.<br><br>WALLABY YOGURT COMPANY, INC.,<br><br>              Defendant. | No. CV 13-0296-CW<br><br>**STIPULATION AND ORDER CONTINUING MAY 1, 2013 CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Claudia Wilken<br><br>Action Filed: January 22, 2013 |

Plaintiffs Frank Morgan and Janet Hood, on behalf of themselves and all others similarly situated, and Defendant Wallaby Yogurt Company, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the hearing for Wallaby's motion to dismiss has been set for July 11, 2013 and the parties have not yet completed briefing this motion;

WHEREAS, a case management conference is currently scheduled for May 1, 2013;

WHEREAS, the parties believe and agree that it will be most efficient and convenient for the Court and parties to continue the case management conference after the Court has decided the motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that the case management conference shall be continued to 2 p.m. on July 31, 2013, or to a date and time thereafter that is convenient for the Court.

Dated:  April 19, 2013                    JENNER & BLOCK LLP

　　　　　　　　　　　　　　　　　　　　　　　 /s Kenneth K. Lee
                                          By: Kenneth K. Lee

                                          Attorneys for Defendant Wallaby Yogurt Co.


Dated:  April 19, 2013                    PRATT & ASSOCIATES

                                           /s Ben F. Pierce Gore
                                          By: Ben F. Pierce Gore

                                          Attorneys for Plaintiff

                                          Darren L. Brown
                                          Provost Umphrey
                                          490 Park Street
                                          Beaumont, Texas 77701

## ATTESTATION

I, Kenneth K. Lee, am the ECF user whose ID and password are being used to file the Stipulation to Continue the May 1, 2013 Case Management Conference in compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Ben F. Pierce Gore.

*   *   *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED **except that the case management conference will be held on Thursday, July 11, 2013, at 2:00 p.m.**

DATED: April **19**, 2013

_____

Hon. Claudia Wilken

United States District Judge