Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Darren L. Brown *(pro hac vice)* (TX SBN 03108350)
PROVOST ✭ UMPHREY LAW FIRM
490 Park Street
Beaumont, TX 77701
Telephone: (409) 838-8881
Fax: (409) 813-8630
dbrown@pulf.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK MORGAN and JANET HOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALLABY YOGURT COPANY, INC.<br><br>Defendant. | Case No. CV-13-0296-CW<br><br>[PROPOSED] ORDER ON JOINT STIPULATION RE HEARING DATES ON DEFENDANTS MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT AND CASE MANAGEMENT CONFERENCE<br><br>Complaint filed: January 22, 2013<br><br>Judge: Hon. Claudia Wilken |

**ORDER**

The Court, having considered the stipulation of the Parties, and for good cause shown, orders as follows:

(1) The hearing on Defendant's Motion to Dismiss and related matters is set for July 25, 2013, at 2:00 p.m.;

(2) The hearing on the Case Management Conference is set for July 25, 2013, at 2:00, p.m.

IT IS SO ORDERED.

DATED: 6/19/2013

THE HONORABLE CLAUDIA WILKEN